47355

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

FILED BY *eg* , D.C.

05 NOV 23  PM 3: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CAPITAL RESOURCES, INC.

    Plaintiff,

Case No. 04-2963-BP

v.

REGIONS FINANCIAL CORP. successor by
merger to UNION PLANTERS HOLDING
CORPORATION, et al

    Defendants.

---

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

    The parties, through their counsel, advise the court that all matters of controversy have been settled between them.  The parties have further advised that an Order of Dismissal With Prejudice as to both the original claim of Capital Resources, Inc., and the counterclaim of Regions Financial Corporation should be dismissed with prejudice.

    IT IS, THEREFORE, ORDERED accordingly.

JUDGE J. DANIEL BREEN

DATE: 11/23/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-23-05

1



WYATT, TARRANT & COMBS, LLP

Robert E. Craddock, Jr.
Wyatt, Tarrant & Combs, LLP
1715 Aaron Brenner Drive
Suite 800
Memphis, TN  38120
*Counsel for Regions Financial Corporation*

THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL

Stephen W. Vescovo, Esq.
One Commerce Square, 29th Floor
40 South Main
Memphis, TN  38103
*Counsel for Capital Resources, Inc.*

525817.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02963 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT