*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 28  AM 11: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**CAPITAL RESOURCES, INC.,**

               **Plaintiff,**

v.

**REGIONS FINANCIAL CORPORATION**
successor by merger to UNION PLANTERS
HOLDING CORPORATION, et al.,

               **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:04cv2963-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice entered on November 23, 2005, this cause is hereby dismissed with prejudice.

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

11/28/05
**Date**

**THOMAS M. GOULD**

_____
**Clerk of Court**

*Earline Drayer*
**(By)  Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-28-05

⑦

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in
case 2:04-CV-02963 was distributed by fax, mail, or direct printing on
November 28, 2005 to the parties listed.

---

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Stephen W. Vescovo
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable J. Breen
US DISTRICT COURT